UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 41-23 HAIGHT REALTY INC., <br> a/k/a 41-23 HAIGHT STREET REALTY, INC. | Case No. 19-43441-nhl |
| Debtor. | Hon. Nancy Hershey Lord <br> United States Bankruptcy Judge |

-------------------------------------------------------------x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF <br> UNSECURED CREDITORS OF 41-23 HAIGHT <br> REALTY, INC., a/k/a 41-23 HAIGHT STREET <br> REALTY, INC., | |
| Plaintiff, | Adv. Pro. No. 21-01121 |
| v. | |
| G4 CAPITAL BRIDGE, LLC, | |
| Defendant, | |

-------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING THE TIME TO
## **RESPOND TO THE COMPLAINT**

IT IS HEREBY stipulated and agreed between the undersigned as follows:

1.  The time for defendant G4 Capital Bridge, LLC to respond to the complaint filed in the above-captioned adversary proceeding is hereby extended to **July 31, 2023**.

2.  This stipulation may be executed in counterparts, all of which, when taken together shall be deemed one original. Signatures transmitted electronically (whether by facsimile or email PDF) shall be deemed to be original.

**[SIGNATURE PAGE TO FOLLOW]**

4893-4911-0891, v. 1

Dated: June 29, 2023
   Buffalo, New York

         **GLEICHENHAUS, MARCHESE & WEISHAAR P.C.**
         Counsel to Plaintiff

     By: *s/Scott J. Bogucki*
       Scott J. Bogucki, Esq.
       43 Court Street, Suite 930
       Buffalo, New York 14202-3100
       Telephone: (716) 845-6446
       Email: sbogucki@gmwlawyers.com

Dated: June 29, 2023
   New York, New York

         **KRISS & FEUERSTEIN LLP**
         Counsel to Defendant G4 Capital Bridge, LLC

     By: *s/Jerold C. Feuerstein*
       Jerold C. Feuerstein, Esq.
       360 Lexington Avenue, Suite 1200
       New York, New York 10017
       Telephone: (212) 661-2900
       Email: jfeuerstein@kandfllp.com

4893-4911-0891, v. 1